UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID S. AYERS, et al. ) | |
|     Plaintiffs, ) | |
| ) | |
|   v. ) | 1:03-cv-01780 RLY-TAB |
| ) | |
| MARATHON ASHLAND PETROLEUM, ) | |
| LLC, and SPEEDWAY SUPERAMERICA, ) | |
| LLC, ) | |
|     Defendants. ) | |

**ENTRY DENYING DEFENDANT SPEEDWAY SUPERAMERICA'S MOTION
TO RECONSIDER THE ORDER DENYING ITS MOTION TO DISMISS**

In September 2005, the court denied Defendant Speedway SuperAmerica LLC's ("SSA") Motion to Dismiss. SSA has now requested that the court reconsider it's denial of the Motion to Dismiss.

A motion to alter or amend judgment under Rule 59(e) requires the moving party to direct the court's attention to either newly discovered material evidence or to a manifest error of law or fact. *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000); *Johnny Blastoff, Inc. v. Los Angeles Rams Football Co.*, 188 F.3d 427, 439 (7th Cir. 1999). SSA has not done so. This motion is not the appropriate vehicle for "rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." *Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1270 (7th Cir. 1996) (citing *In Re Oil Spill*, 794 F.Supp. 261,

Case 1:03-cv-01780-RLY-TAB   Document 159   Filed 12/14/05   Page 2 of 3 PageID #: 2394

267 (N.D.Ill. 1992), *aff'd*, 4 F.3d 997 (7th Cir. 1993)).

SSA has not identified any new evidence or a manifest error of law. SSA's Motion to Reconsider is therefore **denied**.

Dated: December 14, 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies To:

Thomas P. Bleau
BLEAU FOX & FONG
tbleau@bleaufox.com

Christopher W. Cotterill
BARNES & THORNBURG
chris.cotterill@btlaw.com

Joseph Gregory Eaton
BARNES & THORNBURG
joe.eaton@btlaw.com

Charles P. Gaddy
GADDY & GADDY
sportspro@netdirect.net

Barbara J. Meier
BARNES & THORNBURG
barbara.meier@btlaw.com

T. Joseph Wendt
BARNES & THORNBURG
jwendt@btlaw.com

Copy to:

Maureen E. Gaddy
GADDY & GADDY
1010 North High School Road
Indianapolis, IN 46224-6100