UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID S. AYERS, et al. ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | 1:03-cv-01780 RLY-TAB |
| ) | |
| MARATHON ASHLAND PETROLEUM, ) | |
| LLC, and SPEEDWAY SUPERAMERICA, ) | |
| LLC, ) | |
|     Defendants. ) | |

**ENTRY DENYING PLAINTIFFS' MOTION TO RECONSIDER THE ORDER GRANTING MAP'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' SECOND CLAIM FOR RELIEF**

On September 30, 2005, the court granted Defendant Marathon Ashland Petroleum LLC's ("MAP") Motion for Summary Judgment on Plaintiffs' Second Claim for Relief. Plaintiffs now request that the court reconsider it's grant of the Motion for Summary Judgment on the grounds that "the court was not apprised of all relevant case law . . . regarding the 'continuing violations' doctrine" as a result of attorney error. (Motion to Reconsider at 1).

A motion to alter or amend judgment under Rule 59(e) requires the moving party to direct the court's attention to either newly discovered material evidence or to a manifest error of law or fact. *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000); *Johnny Blastoff, Inc. v. Los Angeles Rams Football Co.*, 188 F.3d 427, 439 (7th Cir. 1999). Plaintiffs have not done so. Moreover, the two cases they cite, decisions

made by the Fifth Circuit in the 1970s, are not binding in this court.

Plaintiffs' Motion to Reconsider is therefore **denied**.

Dated: January 10, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies To:

Thomas P. Bleau
BLEAU FOX & FONG
tbleau@bleaufox.com

Christopher W. Cotterill
BARNES & THORNBURG
chris.cotterill@btlaw.com

Joseph Gregory Eaton
BARNES & THORNBURG
joe.eaton@btlaw.com

Charles P. Gaddy
GADDY & GADDY
sportspro@netdirect.net